IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11CV590-MOC-DSC

| | |
|---|---|
| STONE BY LYNCH, LLC and STONEHENGE CHARLOTTE, LLC, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | )<br>) |
| RIVERSIDE CUT STONE, INC. and DAVID ABNER, Individually, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Upon Motion of the parties, and for good cause shown, **IT IS HEREBY ORDERED** that the time for conducting the Initial Attorneys' Conference is **STAYED** pending the filing of responsive pleadings to the Third-Party Complaint and to Defendant's First Amended Counterclaim.

**SO ORDERED**.

Signed: February 2, 2012

David S. Cayer
United States Magistrate Judge