IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11CV590-MOC-DSC

| | |
|---|---|
| STONE BY LYNCH, LLC and<br>STONEHENGE CHARLOTTE, LLC,<br><br>Plaintiff,<br>vs.<br><br>RIVERSIDE CUT STONE, INC. and<br>DAVID ABNER, Individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon Motion of the parties, and for good cause shown, **IT IS HEREBY ORDERED** that the time for conducting the Initial Attorneys' Conference is **STAYED** pending the filing of responsive pleadings to the Third-Party Complaint and to Defendant's First Amended Counterclaim.

**SO ORDERED**.

Signed: February 2, 2012

David S. Cayer
United States Magistrate Judge