IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv590

| | | |
|---|---|---|
| STONE BY LYNCH, LLC; and STONEHENGE CHARLOTTE, LLC, | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| Vs. | ) ) | **ORDER** |
| RIVERSIDE CUT STONE, INC.; and DAVID ABNER, Individually, | ) ) ) ) | |
| **Defendants.** | ) ) ) | |

**THIS MATTER** is before the court on defendants' Motion to Exclude Expert Testimony. Plaintiffs have failed to respond to such motion within the time allowed. Specifically, defendants seek to exclude possible expert testimony of John O'Connor because plaintiffs failed to accompany such designation with a report as required by Rule 26(a)(2)(B), Federal Rules of Civil Procedure.

The court finds that in these circumstances, the better remedy is to strike the designation rather than exclude the testimony, which would allow plaintiffs an opportunity to later seek amendment of the Pretrial Order to properly designate any expert witness. Such motion would, however, be subject to satisfying the magistrate judge under Rule 16(b)(4) and/or Rule 6(b)(1)(B).

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Exclude Expert Testimony (#25) is **GRANTED,** and the plaintiff's designation of John O'Connor is **STRICKEN** without prejudice for failure to comply with Rule 26(a)(2)(B).

Signed: October 29, 2012

Max O. Cogburn Jr.
United States District Judge