| | |
|---|---|
| STONE BY LYNCH, LLC and STONEHENGE CHARLOTTE, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) |
| RIVERSIDE CUT STONE, INC. and DAVID ABNER, Individually, | ) ) ) |
| Defendants, | ) ORDER |
| and | ) ) |
| DAVIED ABNER, Individually, | ) ) |
| Third-Party Plaintiff, | ) ) |
| Vs. | ) ) |
| L.C. LYNCH, JR., Individually, | ) ) |
| Third-Party Defendant. | ) ) |

**THIS MATTER** is before the court on the parties' Joint Motion to Reschedule Final Pre-Trial Conference. After reviewing the parties' list of proposed dates, the court enters the following order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Final Pre-Trial Conference will be held March 22, 2013 at 2:00. Due to an upcoming criminal trial in Charlotte with particularly high security demands, Charlotte Court Security has requested that this court not schedule any hearings this week (18th-22nd). As such, the Final Pre-Trial Conference must be held at the Asheville Courthouse. **SO ORDERED.**

Signed: March 18, 2013

Max O. Cogburn Jr.
United States District Judge